

FILED
MAR - 6 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY            DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR677-BTM |
| Plaintiff, ) | I N F O R M A T I O N |
| v. ) | Title 18, U.S.C., Sec. 545 - Importing Merchandise Subject to Seizure (Felony) |
| MARTIN ARNOLDO GALINDO-RENDON, ) | |
| Defendant. ) | |

The United States Attorney charges:

On or about February 7, 2008, within the Southern District of California, defendant MARTIN ARNOLDO GALINDO-RENDON, did knowingly import and bring into the United States from Mexico certain merchandise, to wit, pharmaceuticals, contrary to law, in that defendant did not unload said merchandise for inspection to a Department of Homeland Security, Bureau of Customs and Border Protection Officer at the port of entry as required by Title 19, United States Code, Section 1461; in violation of Title 18, United States Code, Section 545.

DATED: 3/5/08.

KAREN P. HEWITT
United States Attorney

W. MARK CONOVER
Assistant U.S. Attorney

WMC:lml:2/14/08