AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

MARTIN ARNOLDO GALINDO-RENDON

WAIVER OF INDICTMENT

CASE NUMBER: 08CR677-BTM

I, __MARTIN ARNOLDO GALINDO-RENDON__, the above named defendant, who is accused of violating Title 18, U.S.C., Sec. 545 - Importing Merchandise Subject to Seizure (Felony), being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __3/6/08__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

MARTIN ARNOLDO GALINDO-RENDON
Defendant

ROBERT R. HENSSLER
Counsel for Defendant

FILED
MAR - 6 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

Before
JUDICIAL OFFICER

WMC:lml:2/14/08